JUDGMENT
=================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---------------

NO. 02-10435
CT/AG#: CR-01-00099-HG

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PRESTON W. ANTONIO

    Defendant - Appellant

----------------------

APPEAL FROM the United States District Court for the District of Hawaii (Honolulu).

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the Appeal in this cause be, and hereby is dismissed.

Filed and entered August 20, 2003.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 15 2003

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 11 2003

by: _____
Deputy Clerk

FILED

AUG 20 2003

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br> v. <br><br> PRESTON W. ANTONIO, <br><br> Defendant - Appellant. | No. 02-10435 <br><br> D.C. No. CR-01-00099-HG <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the District of Hawaii
Helen Gillmor, District Judge, Presiding

Submitted August 11, 2003**

Before:   SCHROEDER, Chief Judge, HAWKINS and TASHIMA, Circuit

Judges.

Preston Antonio appeals his 120-month sentence imposed after he pleaded

guilty to conspiracy to distribute and possess with intent to distribute more than 50

grams of crystal methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and

---

   *   This disposition is not appropriate for publication and may not be cited
to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

   **  This panel unanimously finds this case suitable for decision without oral
argument. *See* Fed. R. App. P. 34(a)(2).

846. We lack jurisdiction and dismiss.

Relying on *United States v. Buchanan*, 59 F.3d 914 (9th Cir. 1995), Antonio contends that his waiver of the right to appeal is unenforceable because the district court advised him that he had the right to appeal. We review the validity of a waiver de novo, *United States v. Bolinger*, 940 F.2d 478, 479 (9th Cir. 1991), and conclude that Antonio's contention is unpersuasive. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000) (enforcing a knowing and voluntary waiver of appeal based on language of the waiver and facts surrounding the entry of the plea). Here, the court properly advised Antonio that he had waived his statutory right to appeal. The court's mention of a right to appeal was in general terms and was not an unambiguous statement that Antonio had a right to appeal. *See United States v. Aguilar-Muniz*, 156 F.3d 974, 977 (9th Cir. 1998).

Because Antonio validly waived his right to appeal we do not reach the merits of his appeal. *See United States v. Vences*, 169 F.3d 611, 613 (9th Cir. 1999).

**DISMISSED.**

2

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 1 1 2003

by: [signature]
Deputy Clerk

```
INTERNAL USE ONLY: Proceedings include all events.
02-10435 USA v. Antonio
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Thomas C. Muehleck, AUSA<br>808/541-2850<br>Suite 6100<br>[COR LD NTC aus]<br>Office of the United States Attorney<br>Prince Kuhio Federal Building<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850 |
| v. | |
| PRESTON W. ANTONIO<br>    Defendant - Appellant | Georgia K. McMillen, Esq.<br>808/891-9393<br>[COR LD NTC cja]<br>P.O. Box 1512<br>Wailuku, HI 96793 |